# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 252 WAL 2015
:
           Respondent         :
:    Petition for Allowance of Appeal from
:    the Order of the Superior Court
           v.                :
:
:
:
RASHAAD FITZGERALD,          :
:
           Petitioner          :

## ORDER

**PER CURIAM**

       **AND NOW**, this 31st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

       Mr. Justice Eakin did not participate in the decision of this matter.